**Continuing Abatement Order filed August 23, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00312-CV
_____

**BIJAN MERRIKH, Appellant**

**V.**

**JOSEPH COSTA AND JOHNA COSTA, Appellees**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-28389**

## CONTINUING ABATEMENT ORDER

On June 9, 2022, we abated this appeal and referred the dispute to mediation. On August 8, 2022, appellant filed a motion requesting that we continue the abatement of this appeal to allow more time for mediation. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **September 22, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.